UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-410(JMR/FLN)

| | | |
|---|---|---|
| Brian Planer<br><br>v.<br><br>Northwest Airlines, Inc., et al. | ) ) ) ) ) ) | DISQUALIFICATION ORDER |

The above-captioned case has been assigned to the undersigned. This Court disqualifies itself from hearing this matter, pursuant to 28 U.S.C. § 455. Accordingly, IT IS ORDERED that:

The Clerk of Court is directed to reassign this action, pursuant to this Court's Assignment of Cases Order, filed February 5, 1993.

Dated: March 2nd, 2000

JAMES M. ROSENBAUM
United States District Judge

FILED MAR 03 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Case reassigned to Judge David S. Doty
and
Magistrate Judge John M. Mason

NEW CASE NUMBER 00-410 DSD/JMM

Use this case number for all further filings.