UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

BRIAN PLANER,

Plaintiff,

v.

NORTHWEST AIRLINES, INC.,

Defendant.

Civil No. 00-410 ADM/AJB

ORDER SEALING CONFIDENTIAL INFORMATION

---

WHEREAS, the Court has been advised by the parties that this matter has been settled, and

WHEREAS, the Court has been further advised that part of the settlement agreement is an agreement between the parties that certain information would be placed under seal and filed with the Court,

NOW THEREFORE, IT IS HEREBY ORDERED that the Clerk of Court for the United States District Court for the District of Minnesota place the attached envelope under seal and that it not be disclosed without further order of this Court.

Dated: 9/11/00

ARTHUR J. BOYLAN
United States Magistrate Judge

Filed SEP 11 2000
Francis E. Dosal, Clerk
Judgment Entered ________
Deputy Clerk's Initials ________