UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Brian Planer,

Plaintiff,

v.

Northwest Airlines, Inc. and
Northwest Airlines Corporation,

Defendants.

---

Court File No.: 00-CV-410 ADM/AJB

**ORDER FOR DISMISSAL**

Based upon the Stipulation of Dismissal With Prejudice signed by the parties on October 10, 2000, it is hereby ordered that the above captioned action is dismissed with prejudice and without award of any fees or costs to any party.

IT IS SO ORDERED.

BY THE COURT:

Dated: October 30, 2000

The Honorable Ann D. Montgomery
United States District Court Judge

OCT 30 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK